UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              -against-

DIEGO FERNANDO MURILLO BEJARANO,

                              Defendant.
------------------------------------------------------------X

**ORDER**

S3   03 **CR.** 1188 (RMB)

The remand is continued.

Dated: New York, New York
       May 14, 2008

                                        **RICHARD M. BERMAN, U.S.D.J.**