**WSGR  Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

LEO P. CUNNINGHAM
Internet: lcunningham@wsgr.com

February 17, 2009

**MEMO ENDORSED**

*Any response(s) to Ms. Rendon's motion to be heard + filed by 2/23/09 @ noon.*

SO ORDERED:
Date: 2/18/09
Richard M. Berman, U.S.D.J.

**VIA FACSIMILE**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007
Fax: (212) 805-6717

Re:  *United States of America v. Diego Fernando Murillo Bejarano, et al.*
     Case No. 1:03-cr-01188-RMB-1

Your Honor:

We represent Ms. Alba Inés Rendón Galvis ("Ms. Rendon") who, by motion filed today with the Court, has moved to enforce her rights under the Crime Victims' Rights Act, 18 U.S.C. § 3771 (the "CVRA"), in the above-referenced matter. We fax this letter in response to a request by Clerk of this Court, Lucas Moskowitz, to explain to the Court the time sensitivity of Ms. Rendon's motion.

The Defendant in this matter is currently scheduled to be sentenced by this Court on February 24, 2009. Although Rules 60 and 32(i)(4)(B) of the Federal Rules of Criminal Procedure require no advance notice by a victim in order to be heard in connection with a sentencing, inasmuch as the Government has disputed Ms. Rendon's right to be heard, we respectfully submit that this motion should be resolved prior to the Defendant's sentencing hearing.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Leo P. Cunningham

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/18/09

3604898_1.DOC

AUSTIN    NEW YORK    PALO ALTO    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable Richard M. Berman
February 17, 2009
Page 2

Cc: (via U.S. Mail)
    E. J. Snyder; Anirudh B. (U.S. Attorney's Office)
    P. R. Nalven; A. M. Schacht (Nalven & Schacht)
    S. A. German (Law Office of Stanislao A. German)
    M. M. Schalley (Fasulo, Shalley & DiMaggio, LLP)

3604898_1.DOC