UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                             **ORDER**

          -against-                                        03 CR. 1188 (RMB)

DIEGO FERNANDO MURILLO-BEJARANO,

                         Defendant.
-----------------------------------------------------------X

        The Court has received the following submissions:

        1- a Supplemental Presentence Report from Probation, undated, which states, among other things, that "based upon the initial screening, the defendant is not precluded from a sentencing reduction" pursuant to 18 U.S.C. § 3582(c)(2) and the recent amendments to the U.S. Sentencing Guidelines;

        2- a letter, dated January 8, 2016, from AUSA David Denton which states, among other things, that the Defendant "may be eligible for a sentencing reduction" and it will make a submission setting forth its position as to eligibility upon the receipt of a motion from the Defendant.

        Defense counsel shall make a written submission (motion) regarding Defendant's eligibility for a sentencing reduction by July 1, 2016.

        Counsel for the Government shall make a written submission regarding eligibility by July 8, 2016.

        A conference will be held in this matter at 12:15 pm on July 26, 2016 (500 Pearl Street, Courtroom 17B). Counsel for the Government and for Mr. Murillo-Bejarano are directed to appear for the conference and to be prepared to make brief (5 minutes) oral presentations. Defendant's appearance is not required. See Fed. R. Crim. P. 43(b)(4).

Dated: New York, New York
       June 24, 2016

                                                    _____
                                                    RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/16