


*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2016

**BY ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States* v. *Diego Fernando Murillo-Bejarano*, 03 Cr. 1188 (**RMB**)

Dear Judge Berman:

    The Government respectfully submits this letter regarding the Court's Order dated June 24, 2016, concerning any potential motion for a reduction in the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant did not make such a motion by the deadline of July 1, 2016 set in the Court's Order. Accordingly, the Government continues to adhere to the position expressed in its letter dated January 8, 2016. Should the defendant make such a motion in the future, the Government will respond promptly pursuant to such schedule as the Court may deem appropriate at that time. The Government further respectfully requests that the conference in this matter previously scheduled for July 26, 2016, be cancelled.

                                                        Respectfully submitted,

                                                         PREET BHARARA
                                                         United States Attorney

                                        By: _____
                                            David W. Denton, Jr.
                                            Assistant United States Attorney
                                            (212) 637-2744