Alessandra DeBlasio
Attorney At Law
299 Broadway, Suite 1803
New York, New York  10007
(212) 321-7084
ad@adeblasiolaw.com

July 15, 2016

<u>By ECF and U.S. Mail</u>
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**Re:**  *United States v. Murillo-Bejarano, et al.*, 03 Cr. 1188

Hon. Judge Berman:

Undersigned counsel writes to request an adjournment of the motions hearing originally scheduled for July 26, 2016, as ordered by this Court on June 24, 2016.  This is the first request for such an adjournment and opposing counsel does not oppose this request.

With apologies to the Court for the inconvenience, Defendant Murillo-Bejarano was apparently without counsel in June 2016 and so did not file a motion regarding his eligibility for a sentencing reduction as directed by this Court.  Defendant Murillo-Bejarano has now retained Florida attorney Oscar Arroyave to represent him in this matter.

Undersigned local stand-in counsel makes this request for adjournment to permit Attorney Arroyave the opportunity to obtain a License from the Treasury Department's Office of Foreign Assets Control ("OFAC").  (Defendant Murillo-Bejarano is on OFAC's list of restricted persons such that any attorney whom Defendant Murillo-Bejarano retains to represent him must obtain a license from OFAC to accept a fee.  Attorney Arroyave has already requested such a license and is awaiting its processing; we anticipate that he will receive the license within 30 days.)

In the meantime, as he awaits the OFAC license, and if this Court grants the adjournment request, Attorney Arroyave will review the sentencing reduction issue as it pertains to Defendant Murillo-Bejarano; he will prepare any relevant motion; and undersigned local counsel will file a motion requesting leave for Attorney Arroyave to appear before this Court pro hac vice.

The original scheduling Order of this Court listed July 1 as the date for Defendant's motion regarding eligibility for a sentencing reduction, and July 8 as the date for the Government's

written submission.  With that in mind, and having consulted with opposing counsel and Attorney Arroyave, undersigned counsel proposes the following revised scheduling order:

| Action | Due Date |
| --- | --- |
| Defense Moving Papers | August 5, 2016 |
| Government Response | August 12, 2016 |
| Court Hearing | August 30 or 31, or September 6-8, 2016 |

If the Court devises a different scheduling order, we would request that it <u>not</u> schedule the hearing between <u>August 17-23 and September 1-2, 2016</u>.

                                                 Respectfully submitted,

                                                 ___/s/_____
                                                 Alessandra DeBlasio
                                                 Local Stand-In Counsel for
                                                 Defendant Murillo-Bejarano

cc:      Attorney Oscar Arroyave
          AUSA David Denton